

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-23-00361-CR

EX PARTE ADAM CHAPPA

On Appeal from the 119th District Court
Tom Green County, Texas
Trial Court No. B-23-0296-C, Honorable Jay K. Weatherby, Presiding

October 23, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Adam Chappa, appeals from the trial court's order denying his application for writ of habeas corpus.[1]  Now pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney.  As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.